

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2017

No. 04-17-00767-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Relator filed this petition for writ of mandamus on November 20, 2017, complaining that the trial court had not ruled on his "Motion to Compel State Court Appointed Attorney (Yolanda T. Huff) to Return Defendant's Files With Notice of Yolanda T. Huff's Repeated Made [sic] Material Misrepresentation."  The trial court ruled on the motion on December 4, 2017; therefore, relator's petition for writ of mandamus is moot.  Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.  The court's opinion will issue at a later date.

It is so **ORDERED** on December 7, 2017.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR6698, styled *State of Texas v. Robert Martinez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.